When Recorded Return To:
MCM Capital Partners, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

```
                    Claudia Adcock, Register
                    Lake County Tennessee
Rec #: 13900        Instrument #: 14051
Rec'd:   10.00      Recorded
State:    0.00      9/19/2016 at 10:00 AM
Clerk:    0.00      in Record Book
Other:    2.00             45
Total:   12.00             Pgs 1-1
```

## CORPORATE ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, BANK OF AMERICA, N.A., WHOSE ADDRESS IS 1800 Tapo Canyon Road, Simi Valley, CA 93063, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Deed of Trust with all interest secured thereby, all liens, and any rights due or to become due thereon to WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST, WHOSE ADDRESS IS 1114 Avenue of the Americas, 27th Floor, New York, NY 10036, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Maximum principal indebtedness for Tennessee recording tax purposes is zero. Mortgage tax paid on original filing. Said Deed of Trust was made by MARK V REEDER to BANK OF AMERICA, NA and recorded in Book 15 and Page 733 in the Register's Office of LAKE County, Tennessee.

Dated on 8/22/2016 (MM/DD/YYYY)

BANK OF AMERICA, N.A., by SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, its Attorney-in-Fact

By: _____
Daniel B. Means
Vice President

STATE OF MARYLAND
COUNTY OF MONTGOMERY
On 8/22/2016 (MM/DD/YYYY), before me, the under-signed officer, personally appeared Daniel B. Means, Vice President of SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES as Attorney-in-Fact for BANK OF AMERICA, N.A., who acknowledged that he/she/they, as such Vice President, being authorized to do so, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself /herself/themselves as Vice President. In witness whereof I hereunto set my hand and official seal. He/she/they is (are) personally known to me.

_____
Jamie L. Mertz
Notary Public - State of MARYLAND
Commission expires: 06/12/2018

[Notary Seal: JAMIE L MERTZ, Notary Public, Montgomery County, Maryland, My Commission Expires June 12, 2018]

Document Prepared By: MCM Capital Partners 7500 Old Georgetown Rd. Suite 1300 Bethesda, MD 20814 (240) 744-3113

MCMAS 395733166 -- BANA4   T1716082016 [C-1] FRMTN1

*D0017716837*

Record Book 45 Page 1