Claudia Adcock, Register
Lake County Tennessee
Rec #: 14533          Instrument #: 14800
Rec'd: 10.00              Recorded
State: 0.00      7/31/2017 at 10:00 AM
Clerk: 0.00         in Record Book
Other: 2.00                47
Total: 12.00           Pgs 764-765

**PREPARED BY AND RETURN TO:**
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
PLG#16-007031

**This document is being recorded for informational purposes only.**
**There is no transfer of consideration associated with this recording.**

## SUBSTITUTE TRUSTEE'S SALE

Sale at public auction will be on **August 22, 2017 at 10:00 a.m.**, local time, at the front door of the Lake County Courthouse, 229 Church Street, Tiptonville, TN 38079, pursuant to Deed of Trust executed by Mark V. Reeder, to PRLAP, Inc., as Trustee for Bank of America, NA, dated August 22, 2006, of record in Record Book 15, Page 733, in the Register's Office for Lake County, Tennessee ("Deed of Trust"), conducted by Timothy D. Padgett, P.A., having been appointed Substitute Trustee, all of record in the Lake County Register's Office. Default in the performance of the covenants, terms, and conditions of said Deed of Trust has been made; and the entire indebtedness has been declared due and payable.

Party entitled to enforce the debt: Wilmington Savings Fund Society, D/B/A Christiana Trust, Not Individually But As Trustee for Hilldale Trust

The hereinafter described real property located in Lake County will be sold to the highest call bidder subject to all unpaid taxes, prior liens and encumbrances of record.

Legal Description: The following described property situated in Tiptonville, County of Lake, and State of Tennessee, to wit: A parcel of land located in the State of TN, County of Lake, with a situs address of 421 Moss St, Tiptonville, TN 38079-1428 currently owned by Reeder Mark V & having a Tax Assessor Number of 02-029L-B-029L-019.00 and being the same property more fully described as Markham BB-29 Lot 14 60 x 150. Being the same premises conveyed in a deed recorded. Parcel ID: 02-029L-B-029L-019.00. Property known as: 421 Moss Street.

Street Address: The street address of the property is believed to be 421 Moss Street, Tiptonville, Tennessee 38079, but such address is not part of the legal description of the property. In the event of any discrepancy, the legal description herein shall control.

Map/Parcel Number: 02-029L-B-029L-019.00

Current owner(s) of Property: Mark V. Reeder

This sale is subject to all matters shown on any applicable recorded Plat or Plan; any unpaid taxes and assessments; any restrictive covenants, easements or setback lines that may be applicable; rights of redemption, equity, statutory or otherwise, not otherwise waived in the Deed of Trust, including rights of redemption of any governmental agency, state or federal; and any and all prior deeds of trust, liens, dues, assessments, encumbrances, defects, adverse claims and other matters that may take priority over the Deed of Trust upon which this foreclosure sale is conducted or are not extinguished by this Foreclosure Sale.

THE PROPERTY IS SOLD WITHOUT ANY REPRESENTATIONS OR WARRANTIES, EXPRESSED OR IMPLIED, RELATING TO TITLE, MARKETABILITY OF TITLE, POSSESSION, QUIET ENJOYMENT OR THE LIKE AND FITNESS FOR A GENERAL OR PARTICULAR USE OR PURPOSE. The title is believed to be good, but the undersigned will sell and convey only as Substitute Trustee.

The right is reserved to adjourn the sale to another time certain or to another day, time, and place certain, without further publication upon announcement on the day, time, and place of sale set forth above or any subsequent adjourned day, time, and place of sale.

If you purchase a property at the foreclosure sale, the entire purchase price is due and payable at the conclusion of the auction in the form of a certified check made payable to or endorsed to Padgett Law Group. No personal checks will be accepted. To this end, you must bring sufficient funds to outbid the lender and any other bidders. Insufficient funds will not be accepted. Amounts received, in excess of the winning bid will be refunded to the successful purchaser at the time the foreclosure deed is delivered.

This property is being sold with the express reservation that the sale is subject to confirmation by the lender or trustee. This sale may be rescinded by the Substitute Trustee at any time.

THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Timothy D. Padgett, P.A., Substitute Trustee
6267 Old Water Oak Road, Suite 203
Tallahassee, Florida 32312
PH: (850) 422-2520
FX: (850) 422-2567
PLG#16-007031