IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARK REEDER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-01170-STA-egb |
| ) | |
| BSI FINANCIAL SERVICES, INC.; KEYLINK, ) | |
| INC.; NATIONAL VENDOR MANAGEMENT ) | |
| SERVICES; CHRISTIANA TRUST, A ) | |
| DIVISION OF WILMINGTON SAVINGS ) | |
| FUND SOCIETY, FSB, AS TRUSTEE FOR ) | |
| THE HILLDALE TRUST; THE HILLDALE ) | |
| TRUST; BANK OF AMERICA, N.A., FAY ) | |
| SERVICING, LLC; FIVE STAR FIELD ) | |
| SERVICE, LLC; STONEY W. HAYES; ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS
## SUBMITTED BY BSI FINANCIAL SERVICES, INC.

BSI Financial Services, Inc. ("BSI Financial"), which was the previous servicer of Plaintiff Mark Reeder's mortgage loan, submits its Motion to Dismiss pursuant to Federal Rule 12(b)(6) on the bases that the entire lawsuit is based on Mr. Reeder's misunderstanding of the effects of his Chapter 7 bankruptcy proceeding and also fails to sufficiently plead claims for wrongful foreclosure, negligence, and gross negligence.

BSI Financial submits a Memorandum of Law in support of its Motion.

4831-4719-9823 v1
2934220-000012 09/08/2017

Respectfully submitted,

/s/ Kavita G. Shelat
Kavita Goswamy Shelat (#29388)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-8120
Facsimile: (901) 577-0725
Email: kshelat@bakerdonelson.com
*Attorney for BSI Financial Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, a copy of the was served upon all parties via this Court's ECF system and/or email:

Mark V. Reeder
redbaron22@joimail.com.

Todd Clouser
Five Star Field Service, LLC
200 B Stonebridge Blvd.
Jackson, Tennessee 38305-6028

Stoney W. Hayes
616 Maple Street
Tiptonville, TN 38079-1425

Alex McFall
Bradley Arant Boult Cummings LLC
1600 Division Street, Suite 700
Nashville, Tennessee 37203

Christopher Cook
National Vendor Management Services
10371 Central Park Drive - B
Manassas, Virginia 20110

Junaid Odubeko
 Bradley Arant Boult Cummings LLC
1600 Division Street, Suite 700
Nashville, Tennessee 37203

/ Kavita G. Shelat