# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| MARK V. REEDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-01170-STA-egb |
| ) | |
| BSI FINANCIAL SERVICES, INC.; ) | |
| KEYLINK, INC.; NATIONAL VENDOR ) | |
| MANAGEMENT SERVICES; ) | |
| CHRISTINA TRUST, a division of ) | |
| Wilmington Savings Fund Society, FSB, ) | |
| as Trustee for the Hilldale Trust; THE ) | |
| HILLDALE TRUST; BANK OF AMERICA, ) | |
| N.A.; FAY SERVICING, LLC; FIVE STAR ) | |
| FIELD SERVICE, LLC; STONEY W. ) | |
| HAYES, ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION GRANTING BANK OF AMERICA'S RENEWED MOTION TO DISMISS COMPLAINT

United States Magistrate Judge Edward G. Bryant entered his Report and Recommendation Granting Bank of America's Renewed Motion to Dismiss Complaint on November 20, 2018. (ECF No. 25.) The parties have not filed objections to the Report and Recommendation. This Court has reviewed the Motion to Dismiss and the Magistrate Judge's Report and Recommendation and agrees with the conclusion of the Magistrate Judge. This Court hereby adopts the Magistrate Judge's Report and Recommendation pursuant to Fed. R. Civ. P. 72(b)(3). Consistent with the Report and Recommendation, Defendant Bank of America's Motion to Dismiss is **GRANTED**.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:  January 8, 2019