## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | | |
|---|---|---|
| **MARK REEDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:17-cv-01170-STA-jay** |
| | ) | |
| **BSI FINANCIAL SERVICES, INC.;** | ) | |
| **KEYLINK, INC., NATIONAL VENDOR** | ) | |
| **MANAGEMENT SERVICES;** | ) | |
| **CHRISTINA TRUST, A DIVISION OF** | ) | |
| **WILMINGTON SAVINGS FUND** | ) | |
| **SOCIETY, FSB, AS TRUSTEE FOR THE** | ) | |
| **HILLDALE TRUST; THE HILLDALE** | ) | |
| **TRUST; BANK OF AMERICA, N.A., FAY** | ) | |
| **SERVICING, LLC; FIVE STAR FIELD** | ) | |
| **SERVICE, LLC; and STONEY W. HAYES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## REPORT AND RECOMMENDATION ON
## PLAINTIFF'S MOTION FOR VOLUNTARY NONSUIT

Before the Court is Plaintiff's Pro Se Motion for Voluntary Nonsuit without Prejudice pursuant to Rule 41(a)(1), which was filed on September 23, 2019 [D.E. 51]. Defendants have not responded.

Rule 41(a)(1) provides in relevant part that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. The Defendants in this matter have not filed answers nor motions for summary judgment.

Plaintiff's Chapter 7 bankruptcy, which had stayed this matter, was discharged on August 15, 2019.

There being no answers nor motions for summary judgment filed, and there being no automatic stay in place at this time, the Magistrate Judge recommends that the case be administratively re-opened and that an Order be entered directing the Clerk of the Court to enter judgment of dismissal without prejudice.

Respectfully submitted this 8th day of November, 2019.


**s/Jon A. York**
UNITED STATES MAGISTRATE JUDGE


**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATION MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT AND RECOMMENDATION.** *SEE* **28 U.S.C. § 636(b)(1). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**