# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **MARK REEDER,** | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-01170-STA-jay |
| **BSI FINANCIAL SERVICES, INC.; KEYLINK, INC., NATIONAL VENDOR MANAGEMENT SERVICES; CHRISTINA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR THE HILLDALE TRUST; THE HILLDALE TRUST; BANK OF AMERICA, N.A., FAY SERVICING, LLC; FIVE STAR FIELD SERVICE, LLC; and STONEY W. HAYES,** | ) |
| Defendants. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER ADMINISTRATIVELY RE-OPENING AND GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY NONSUIT

Before the Court is the United States Magistrate Judge' Report and Recommendation that Plaintiff's Motion for Voluntary Nonsuit (ECF No. 51) be granted. The Magistrate Judge submitted his Report and Recommendation on November 8, 2019. (ECF No. 53.) Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due no later than November 22, 2019. Giving Defendants the benefit of the additional three days allowed under Rule 6(d), Defendants' objections were due at the latest by November 25, 2019. To date, Defendants have filed no objections to the Magistrate Judge's Report.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record of the proceedings, the Court hereby **ADOPTS** the Report. Accordingly, the Clerk is **DIRECTED** to administratively re-open the above-entitled matter. Plaintiff's Motion for Voluntary Nonsuit without Prejudice is **GRANTED**, and the above-entitled matter is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: November 26, 2019